UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN AKINDO ALEXANDER RUSHING

                Plaintiff,

    -against-

CITY MD,

                Defendant.

22-CV-7339 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 29, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 29, 2022
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                Chief United States District Judge